■ KIONGO W. MAINA, Respondent, v RAPID FUNDING NYC LLC et al., Appellants, et al., Defendant. [49 NYS3d 290]—

Judgment, Supreme Court, New York County (O. Peter Sherwood, J.), entered August 12, 2015, in favor of defendants Rapid Funding NYC, LLC and Signature Bank, to the extent it brings up for review an order, same court and Justice, entered or about April 11, 2014, which denied defendants' request for attorneys' fees, and certain other fees, unanimously modified, on the law, to remand for a determination of reasonable attorneys' fees, and otherwise affirmed, without costs.

While defendants demonstrated their entitlement to attorneys' fees as a matter of law, they offered no evidence from which the reasonableness of the amount they claim could be assessed. Thus, we remand the matter for a determination of defendants' reasonable attorneys' fees (see Industrial Equip. Credit Corp. v Green, 92 AD2d 838 [1st Dept 1983], affd 62 NY2d 903 [1984]; Friedman v Miale, 69 AD3d 789, 791-792 [2d Dept 2010]).

We have considered defendants' remaining arguments and find them unavailing. Concur—Sweeny, J.P., Renwick, Mazzarelli and Manzanet-Daniels, JJ.